OPINION — AG — UNDER THE AUTHORITY FAIRLY IMPLIED OR NECESSARILY INCIDENTAL TO THE POWER GRANTED TO BOARDS OF EDUCATION OF SCHOOL DISTRICTS IN OKLAHOMA BY THE PROVISIONS OF 70 O.S. 1961 4-22 [70-4-22] A SCHOOL DISTRICT MAY USE ITS BUILDING FUND TO HELP PAY THE COST OF ERECTING OR REMODELING A BUILDING IN ANOTHER SCHOOL DISTRICT AS A LOCATION FOR A JOINT SCHOOL PROGRAM MAINTAINED BY BOTH DISTRICTS. CITE: ARTICLE X, SECTION 10, OPINION NO. 63-163 (W. J. MONROE)